# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerome Eugene Todd,<br>*Petitioner*<br>v.<br>Warden Hector Joyner, FCI Estill; US Marshal Service,<br>*Respondents* | )<br>)<br>) Civil Action No. 6:18-cv-03087-MBS-KFM<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Jerome Eugene Todd, shall take nothing of the respondents, Warden Hector Joyner and US Marshal Service, as to the petition filed pursuant to 28 U.S.C. § 1361 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, United States District Judge, presiding, dismissing the action without prejudice.

Date: December 27, 2018

*ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*